Moscow Fire Insurance Company of Moscow, Russia, et al., Respondents, *v.* Heckscher & Gottlieb et al., Appellants, and Bank of New York and Trust Company, as Agent of Moscow Fire Insurance Company et al., Respondents.

Samuel E. Morro et al., Respondents, *v.* Moscow Fire Insurance Company of Moscow, Russia, et al., Defendants.

Argued March 11, 1941; decided April 17, 1941.

*Hartwill Cabel, Chester W. Davis* and *Osmond K. Fraenkel* for appellants.

*Paul C. Whipp* and *Lounsbury D. Bates* for Paul Lucke, respondent.

*Borris M. Komar* for Samuel E. Morro et al., respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.